1   Anthony Barnes (Bar No. 199048)
2   Jason Flanders (Bar No. 238007)
    Email: amb@atalawgroup.com
3   AQUA TERRA AERIS LAW GROUP LLP
    4030 Martin Luther King Jr. Way
4   Oakland, CA 94609
    Phone: (917) 371-8293
5

6

7                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**

8                                              Case No. 1:20-cv-01412-DAD-BAM

9   SAN JOAQUIN RAPTOR/WILDLIFE RESCUE
    CENTER a non-profit corporation, CENTRAL    **NOTICE OF TENTATIVE**
    VALLEY SAFE ENVIRONMENT NETWORK             **SETTLEMENT; REQUEST FOR**
10  and PROTECT OUR WATER, a non-profit         **RELIEF FROM LOCAL RULE**
    association,                                **160(b)**
11
                      Plaintiff,                **Judge: Barbara A. McAuliffe**
12
13  vs.

14  QG PRINTING II LLC, a Connecticut limited
    liability company,
15
                      Defendant
16

17          PLEASE TAKE NOTICE that the parties have reached a tentative settlement in this

18  proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as

19  "Exhibit A," a copy of which has been sent to the United States Department of Justice ("DOJ")

20  and the United States Environmental Protection Agency ("EPA") for a 45-day review period as

21  required under Section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiff will provide

22  the Court with the written notice of commencement of the 45-day review period once Plaintiff

23  receives that notice from DOJ. At the end of the 45-day review period, Plaintiff will notify the

24  Court of any objections received from the reviewing agencies and will submit the proposed

25  Consent Decree for consideration and approval by this Court.

26          Thus, the parties seek relief from Local Rule 160(b) so that the reviewing agencies may

27  complete their review during the mandatory 45-day review period:

28

1      RULE 160 (Fed. R. Civ. P. 16) NOTICE OF SETTLEMENT OR OTHER DISPOSITION

2    (a) Notice. When an action has been settled or otherwise resolved by agreement of the parties,
       or when any motion seeking general or interim relief has been resolved by agreement
3      outside of Court, and whether the action is pending in the District Court or is before an
       appellate court, it is the duty of counsel to immediately file a notice of settlement or
4      resolution. See L.R. 272.

5

6    (b) Dispositional Documents. Upon such notification of disposition or resolution of an action
       or motion, the Court shall fix a date upon which the documents disposing of the action or
7      motion must be filed, which date shall not be more than twenty-one (21) days from the
       date of said notification, absent good cause. The Court may, on good cause shown, extend
8      the time for filing the dispositional papers. A failure to file dispositional papers on the
       date prescribed by the Court may be grounds for sanctions. See L.R. 272.

9

10      The Parties hereby respectfully request relief from Local Rule 160(b) and further request

11   that the Court vacate all dates currently on calendar.

12      Should the Court require any additional information, plaintiff's counsel will be pleased to

13   provide it upon request.

14

15

16   DATED: April 2, 2021          AQUA TERRA AERIS LAW GROUP LLP

17

18                                 By: _/s/ _Anthony Barnes_____
                                       ANTHONY M. BARNES
19                                     Attorneys for Plaintiff
                                       San Joaquin Raptor/Wildlife Rescue Center
20                                     Central Valley Safe Environment Network and
                                       Protect Our Water
21

22   DATED: April 2, 2021          MORRISON & FOERSTER LLP

23

24

25                                 By: _/s/ _William Tarantino_____
                                       WILLIAM F. TARATNINO
26                                     Attorneys for Defendant
                                       QG Printing II, LLC

27

28