Anthony Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
AQUA TERRA AERIS LAW GROUP LLP
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: (917) 371-8293
Email: amb@atalawgroup.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN RAPTOR/WILDLIFE RESCUE CENTER a non-profit corporation, CENTRAL VALLEY SAFE ENVIRONMENT NETWORK and PROTECT OUR WATER, a non-profit association,<br><br>Plaintiffs,<br><br>vs.<br><br>QG PRINTING II LLC, a Connecticut limited liability company,<br><br>Defendant. | Case No. 1:20-cv-01412-DAD-BAM<br><br>**NOTICE OF LODGING AND REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)**<br><br>**Magistrate Judge: Barbara A. McAuliffe** |

WHEREAS, on April 2, 2021, Plaintiffs San Joaquin Raptor/Wildlife Rescue Center, Central Valley Safe Environment Network and Protect Our Water ("Plaintiffs") and Defendant QG Printing II LLC ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiffs' complaint; and

WHEREAS, on April 2, 2021, the Parties filed a Notice of Settlement attaching as an Exhibit, a Proposed Consent Decree (ECF #12), noting that the Consent Decree is not to be entered by the Court until the completion of a forty-five (45) day review period provided to the United States Department of Justice and the Environmental Protection Agency (the "Agencies") by the Clean Water Act, 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5.

| | |
|---|---|
| 1 | WHEREAS, on May 17, 2021, the Agencies filed their Statement of Interest of the |
| 2 | United States and Comments on Proposed Consent Decree, in which the Agencies stated that the |
| 3 | United States does not object to the Court's entry of the Consent Decree into judgment (ECF |
| 4 | #15); and |
| 5 | WHEREAS, the Agencies have indicated that they have no objection to entry, the |
| 6 | Court may now enter the [Proposed] Consent Decree. |
| 7 | THEREFORE, the Parties request the Court sign the [Proposed] Consent Decree, a |
| 8 | true and correct copy of which is attached to this Request for Entry as "Exhibit A," and enter the |
| 9 | Consent Decree as a final judgment. |

DATED: May 18, 2021

AQUA TERRA AERIS LAW GROUP LLP

By: /s/ *Anthony Barnes*
Anthony M. Barnes
Attorneys for Plaintiffs
San Joaquin Raptor/Wildlife
Rescue Center, Central Valley Safe
Environment Network and Protect
Our Water